IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**SEALED**

DOC NO
REC'D/FILED
2013 JUN 11 PM 3: 12
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

UNITED STATES OF AMERICA

v.  Case No. 13-mj-56

BRIAN C. STOWE,

Defendant.

---

COMPLAINT FOR VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION 2251(a)

---

BEFORE United States Magistrate Judge  United States District Court
Stephen L. Crocker  120 North Henry Street
  Madison, Wisconsin 53703

The undersigned complainant being duly sworn states:

On or about October 13, 2012, in the Western District of Wisconsin, the defendant,

BRIAN C. STOWE,

knowingly and intentionally used a minor, "Known Victim (KV) #1" to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had previously been transported in interstate commerce, specifically, STOWE used a Canon Powershot camera to produce a visual depiction of "KV #1" engaged in sexually explicit conduct.

(In violation of Title 18, United States Code, Section 2251(a).)

This complaint is based on the attached affidavit of Detective Mindy Winter, Madison Police Department.

_____ 3696
MINDY WINTER, Detective
Madison Police Department

Sworn to before me this 11TH day of June 2013

_____
HONORABLE STEPHEN L. CROCKER
United States Magistrate Judge